**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6696

EUGENE CLOWERS,

             Plaintiff - Appellant,

      v.

JON OZMINT, Director of South Carolina Department of
Corrections; COLIE RUSHTON, Warden of McCormick Correctional
Institution; LEAROY CARTLIDGE, Associate Warden; PARKER, of
Classification, in their individual and official capacities,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Margaret B. Seymour, District
Judge.  (2:06-cv-02530-MBS)

Submitted:  August 21, 2008          Decided:  August 27, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

EuGene Clowers, Appellant Pro Se.  Steven Michael Pruitt, MCDONALD,
PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

EuGene Clowers appeals the district court's order rejecting the recommendation of the magistrate judge to dismiss Clowers' 42 U.S.C. § 1983 (2000) action for failure to prosecute but ultimately denying relief on Clowers' complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clowers v. Ozmint, No. 2:06-cv-02530-MBS (D.S.C. filed Mar. 28, 2008; entered Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED